

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00048-CV

———————————————

MICHAEL HALL, Appellant

V.

FLATS ON HANDLEY IR, LLC, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2025-010689-1

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due on May 18, 2026. On June 1, 2026, we notified appellant that his brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, appellant filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: July 2, 2026